UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 20-20944-Civ-COOKE/GOODMAN**

DANIEL DA SILVA BUENO ELIAS,

     Plaintiff,

vs.

BUENO CONCEPT, LLC, *et al.*,

     Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before me upon U.S. Magistrate Judge Jonathan Goodman's Report and Recommendations on FLSA Settlement ("Report") (ECF No. 38). Plaintiff's Motion for Approval of Parties' Settlement Agreement (ECF No. 33) was referred to Judge Goodman pursuant to 28 U.S.C. § 636(b)(1)(A). *See* ECF No. 34.

Judge Goodman recommends I find the parties' settlement agreement to be fair and reasonable and approve the settlement. Judge Goodman also recommends the action be dismissed with prejudice and this Court retain jurisdiction to enforce the terms of the Parties' settlement. Neither party objected to Judge Goodman's Report and Recommendation and the time to do so has passed. After reviewing the Motion and Judge Goodman's Report in accordance with *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982), I find Judge Goodman's Report clear, cogent, and compelling.

Accordingly, Judge Goodman's Report (ECF No. 38) is **AFFIRMED and ADOPTED** as Order of this Court. It is hereby **ORDERED and ADJUDGED** as follows:

1. The Motion for Approval of Parties' Settlement Agreement (ECF No. 33) is **GRANTED**.
2. The Parties' Settlement Agreement is **APPROVED**.
3. This case is **DISMISSED** *with prejudice*.
4. This Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.
5. All pending motions, if any, are denied as moot.

6.  The **CLERK** shall **CLOSE** this case.

**DONE and ORDERED** in chambers, at Miami, Florida, this 15th day of April 2021.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*

2